**Order entered May 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01350-CR

---

**DONALD RAY MCKINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-47067-Y**

---

## ORDER

On March 24, 2015, this Court adopted the trial court's finding that appellant is indigent for record purposes and is entitled to proceed without payment for the reporter's record. We ordered court reporters Sharon Hazlewood and Melva Key to coordinate to file the complete reporter's record by May 1, 2015. The Court now has before it correspondence from Ms. Key stating that she has completed her portion of the reporter's record. She states, however, that Ms. Hazlewood stated "she has not been paid for the record." Ms. Key sought direction on how to proceed with filing the record.

Because appellant is indigent for purposes of the reporter's record, Ms. Hazlewood cannot withhold preparing or filing the record pending "payment." Accordingly, this is the **ORDER** of the Court.

We **ORDER** Melva Key, by **MAY 4, 2015**, to deliver her portion of the reporter's record to Sharon Hazlewood for inclusion in the complete record, and to provide this Court, by **May 6, 2015**, with written verification that she has delivered her portion of the record to Sharon Hazlewood.

We **ORDER** Sharon Hazlewood to file, by **4:00 p.m. on MONDAY, MAY 11, 2015**, the complete reporter's record, including a Master Index and all exhibits, in this appeal. If the complete reporter's record is not filed by the date and time specified, the Court will utilize the available remedies, including referring Ms. Hazlewood to the Texas Court Reporter's Certification Board and ordering that she surrender her notes to the trial court for delivery to another court reporter to transcribe.

We further **ORDER** that Sharon Hazlewood not sit as a court reporter until she has filed the complete record, including a proper Master Index and all exhibits, in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, court reporter; Melva Key, court reporter, and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE